FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/2/2015 3:12:35 PM
CATHY S. LUSK
Clerk



CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

January 30, 2015

Ms. Carolyn Rains
District Clerk
Houston County
P. O. Box 1186
Crockett, TX 75835
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-14-00338-CV
Trial Court Case Number: 14-0088

**Style:** Justin Johnson
v.
Texas Department of Criminal Justice Correctional Institutional Division

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

C Justin Johnson
C Hon. Ken Paxton Jr. (DELIVERED VIA E-MAIL)

:

Mandate executed on _2_ day of _Feb_, 2015.

Brief explanation of action taken: _dismissed as frivolous_

_Roxan Taylor_ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-7593
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us